**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

June 6, 2019

Case #: 19-10766
Re: Zacky, Derek

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/2019 | TAG | Initial meeting with client re: filing, garnishment and options. Income is all over the place w/ OT, production pay, etc. Discussed options. | 420.00 | 0.60 | 252.00 |
| 02/05/2019 | TAG | Re-interview w/ client re: recent move, tax return and gross for 2018, questions and update. | 420.00 | 0.35 | 147.00 |
| 03/01/2019 | CB | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 185.00 | 1.25 | 231.25 |
| | CB | Work on schedules, comparing and cross referencing creditors on three credit reports with notes from meetings with clients and intake materials to ensure everything is listed/noticed. | 185.00 | 0.50 | 92.50 |
| | CB | Prepared list for clients of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 185.00 | 0.20 | 37.00 |
| 03/03/2019 | TAG | Work on plan, schedules and draft of plan/pmts for review w/ client. May be overmed, need more info. Due to garnishment, we will file the case on emergency basis. | 420.00 | 0.50 | 210.00 |
| 03/04/2019 | JR | Continued work with client re: paperwork, pay info, W-2 for 2018, revised file, notes to atty. | 185.00 | 0.60 | 111.00 |
| 03/06/2019 | TAG | Review of e-petition w/ client prior to filing, went over plan and questions. Notes to para re: e-filing stopping garnishment. | 420.00 | 0.30 | 126.00 |
| 03/07/2019 | JR | Finalized emergency case filing to stop garnishment, reviewed Schedule F to ensure all creditors clients provided are listed per TAG Instructions. Review of disclosure statements in order to file case and obtain a case number. File case with court. | 185.00 | 0.50 | 92.50 |
| | JR | Researched pending garnishment. Notified L&I and employer of filed bankruptcy, stopping garnishment. Follow up on garnishment recovery. | 185.00 | 0.60 | 111.00 |
| 03/08/2019 | HM | Prepared letter to client re: filing case and approximate plan payment amount. | 135.00 | 0.20 | 27.00 |
| | HM | Prepared letter to client re: 341 meeting with map and other instructions. | 135.00 | | 0.00 |
| 03/10/2019 | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stopping garnishment, lawsuit. | 420.00 | 0.30 | 126.00 |

| Date | Who | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/11/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Merchants Credit- 2 claims | 420.00 | 0.10 | 42.00 |
| | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 185.00 | 0.40 | 74.00 |
| 03/13/2019 | JR | Email with client re: 2018 tax filing. | 185.00 | 0.10 | 18.50 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Audit % Adjustment | 420.00 | 0.10 | 42.00 |
| 03/14/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: T Mobile | 420.00 | 0.10 | 42.00 |
| 03/17/2019 | TAG | Cont work on case, means. Notes to para re: getting ready for reviews, completion this week. | 420.00 | 0.30 | 126.00 |
| 03/18/2019 | JR | Email with client re: car payments. | 185.00 | | 0.00 |
| | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 185.00 | 1.30 | 240.50 |
| 03/19/2019 | TAG | Work on means, plan and budget for review meeting w/ client. Notes to para re: additional issues, pw. | 420.00 | 0.50 | 210.00 |
| 03/22/2019 | TAG | Review meeting a/ client re: budget, L & I claim ($46k) and OT expectation this years compared to prior years. | 420.00 | 0.50 | 210.00 |
| | TAG | Revised plan, budget and means (undermedian due to recent downturn). Notes to para re: finalizing and filing completion. | 420.00 | 0.40 | 168.00 |
| | CB | Finalized plan, schedules per TAG instructions.  Filed completion documents with court. Instructions to HM re: letters to clients. | 185.00 | 0.50 | 92.50 |
| 03/24/2019 | TAG | Review and approve TIS. Client to get us 2019 tax return for TIS as it is completed. | 420.00 | 0.30 | 126.00 |
| 03/25/2019 | HM | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 135.00 | 0.30 | 40.50 |
| | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items. | 420.00 | 0.10 | 42.00 |
| 03/26/2019 | HM | Prepare and file declaration of mailing.  Mail notice to all creditors on the mailing matrix. | 135.00 | | 0.00 |
| 04/01/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: PSC | 420.00 | 0.10 | 42.00 |
| 04/08/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: NW Emerg Phys | 420.00 | 0.10 | 42.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 04/09/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One | 420.00 | 0.10 | 42.00 |
| 04/10/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: United Collection | 420.00 | 0.10 | 42.00 |
| 04/11/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Exeter Finance- secured | 420.00 | 0.10 | 42.00 |
| 04/12/2019 | GJ | Review files; review trustee website; review filed claims; prepare 341 Report | 420.00 | 0.50 | 210.00 |
|  | SH | Call client to remind them of the upcoming 341 meeting. | 135.00 |  | 0.00 |
|  | CB | Work on file prep for hearing. Gathered documents needed for 341 meeting. Check on TIS documents. Notes to attorney re: case. | 185.00 | 0.20 | 37.00 |
| 04/14/2019 | TAG | Review of case for upcoming 341 meeting. Review 341 report; notes for meeting/discussion with client. Review of notes from staff re: file prep. | 420.00 | 0.20 | 84.00 |
| 04/15/2019 | TAG | Met with client re: 341 meeting questions and concerns. Represented at meeting of creditors. 7am - 12:30pm, 5 on, calendar running 1.5 hrs+ late. | 420.00 | 1.10 | 462.00 |
|  | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: IronWorkers CU- secured | 420.00 | 0.10 | 42.00 |
| 04/17/2019 | TAG | Notes to file re: 341 meeting, next steps for confirmation. Work on means test calc, pay history for tee. JR to assemble docs for same; client signed '18 tax return in court for IRS claim; no $ owed employment security. | 420.00 | 0.40 | 168.00 |
|  | JR | Worked on confirmation issues, went through all paystubs we have. Email to client re: 9/2018 & 10/2018 paystubs needed. Work on B22 amendment. | 185.00 | 0.50 | 92.50 |
| 04/18/2019 | JR | Received all paystubs for means testing. Amended and fwd to TAG. | 185.00 | 0.80 | 148.00 |
| 04/21/2019 | TAG | Work on confirmation issues, mean test, have to be Lanning due to discontinued bonus programs ($14k in lookback that will not duplicate). Instructions to JR re: amended plan, motion to confirm. | 420.00 | 0.40 | 168.00 |
| 04/22/2019 | JR | Worked on confirmation issues. Emails with client for additional updated paystubs and head's up on the dismissal motion & objection to confirmation by the Trustee. | 185.00 | 0.40 | 74.00 |
| 04/23/2019 | JR | Worked on confirmation issues. Prepared draft amended the plan, prepared a motion order and dec to confirm. Circulated after atty review. | 185.00 | 0.90 | 166.50 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | TAG | Work on amended plan, declaration, motion re: Lanning, means test. Meeting w/ client re: same. Supplied additional stubs to the trustee re: substantial change/drop in income since test period (mean test). | 420.00 | 0.50 | 210.00 |
| 04/29/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: LVNV | 420.00 | 0.10 | 42.00 |
| 05/07/2019 | JR | Prepared revised plan to correct lanning lang. | 185.00 | 0.20 | 37.00 |
| | TAG | Work on confirmation issues, review/approve amended plan, case should be on track to confirm at this point. | 420.00 | 0.25 | 105.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Quantum 3 | 420.00 | 0.10 | 42.00 |
| 05/09/2019 | TAG | Emails w/ client re: surrender form, not signing same re: vehicle, etc. | 420.00 | 0.10 | 42.00 |
| 05/14/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Evergreen Professionals | 420.00 | 0.10 | 42.00 |
| 05/17/2019 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Motion to Confirm. | 135.00 | 0.10 | 13.50 |
| 05/22/2019 | HM | Prepared letter to client re: case being confirmed, next steps. | 135.00 | | 0.00 |
| | GJ | Time period for unsecured creditors to have filed proof of claims has passed; review file; review trustee website; prepare feasibility report. | 420.00 | 0.25 | 105.00 |
| 05/24/2019 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items. | 420.00 | 0.10 | 42.00 |
| 06/04/2019 | CB | Prepare fee itemization from beginning of case to date.  Forward Motion to TAG for review. | 185.00 | 0.90 | 166.50 |
| 06/05/2019 | TAG | Review Motion for Original Approval of Professional Fees.  Finalize and return to CB for filing w/ the court. | 420.00 | 0.40 | 168.00 |
| | SM | Review case.  Respond to client email re: surrendered vehicle. | 185.00 | 0.20 | 37.00 |
| | | For Current Services Rendered | | 20.20 | 5,951.25 |

Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 7.60 | $420.00 | $3,192.00 |
| Of Counsel - GJ | 1.95 | 420.00 | 819.00 |
| Sr. Paralegal | 10.05 | 185.00 | 1,859.25 |
| Jr. Paralegal | 0.60 | 135.00 | 81.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 03/26/2019 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 37 units. | 20.35 |
| 03/26/2019 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 37 units. | 18.50 |
| 04/24/2019 | Postage re: full ntc mailings - Motion Confirm 1st Amended Plan - 42 units. | 23.10 |
| 04/24/2019 | Copies re: full ntc mailings - Motion Confirm 1st Amended Plan - 42 units. | 29.40 |
| 05/09/2019 | Postage re: full ntc mailings - Revised First Amended Plan - 44 units. | 24.20 |
| 05/09/2019 | Copies re: full ntc mailings - Revised First Amended Plan - 44 units. | 22.00 |
| 06/06/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 46 units. | 9.20 |
| 06/06/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 46 units. | 25.30 |
| | Total Expenses | 172.05 |
| | Total Current Work | 6,123.30 |
| | Balance Due | $6,123.30 |
| | Please Remit | $6,123.30 |